IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

XAVAR TYLER,                          )
                                      )
                    Plaintiff,        )
                                      )
           v.                         )          1:21CV488
                                      )
DYLAN W. GREENWOOD, et al.,           )
                                      )
                    Defendant(s).     )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a civil rights action

pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*.

However, the Court cannot further process the Complaint for the following reason:

1.          Pursuant to the Prison Litigation Reform Act, Plaintiff may no longer
            proceed *in forma pauperis* in this Court unless he is under imminent danger
            of serious physical injury.  The Act provides that:

                    In no event shall a prisoner bring a civil action or appeal a
                    judgment in a civil action or proceeding under this section if
                    the prisoner has, on 3 or more prior occasions, while
                    incarcerated or detained in any facility, brought an action or
                    appeal in a court of the United States that was dismissed on the
                    grounds that it is frivolous, malicious, or fails to state a claim
                    upon which relief may be granted, unless the prisoner is under
                    imminent danger of serious physical injury.

            28 U.S.C. § 1915(g).  In this Court alone, Plaintiff had over three cases
            dismissed on the grounds that they were frivolous prior to filing the current
            lawsuit.    (1:19CV167;  1:19CV586;  1:20CV266;  1:20CV343.)    The
            Complaint does not contain facts demonstrating that he is in imminent danger
            of serious physical injury.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which is accompanied by the applicable $402.00 filing fee. If Plaintiff believes he can meet these requirements, he should request the proper forms from the Clerk's Office.

It also appears that Plaintiff is attempting to challenge a state court criminal conviction or sentence. If so, a § 1983 action is not a proper method for such a challenge. Instead, Plaintiff must file a petition for a writ of habeas corpus under 28 U.S.C. § 2254 after exhausting any available state court remedies. If Plaintiff seeks to file under § 2254, he should request the proper forms from the Clerk's Office.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

Plaintiff also submitted a Motion [Doc. #3] seeking an appearance in court in this case. There is no basis for setting a hearing in this case, and the Motion will be denied.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS FURTHER ORDERED that Plaintiff's Motion [Doc. #3] seeking an appearance in court is denied.

2

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new action, on the proper forms, which corrects the defects cited above and is accompanied by the applicable filing fee if required.

This, the 29th day of November, 2021.

_____/s/ Joi Elizabeth Peake_____
United States Magistrate Judge